UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TRAVELERS PROPERTY CASUALTY CO OF AMERICA,

Plaintiff,

v.

JAMES JONES,

Defendant.

Case No. 1:25-cv-00629-JLT-EPG

ORDER FOR DEFENDANT TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO APPEAR

(ECF No. 25)

On May 15, 2026, the Court issued a scheduling order that set the mid-discovery status conference for November 16, 2026, at 10:30 a.m. (ECF No. 23). Counsel for Defendant failed to appear for the conference.

Accordingly, IT IS ORDERED as follows:

1. Defendant shall show cause as to why sanctions should not issue for Defendant's counsel failure to attend the conference.
2. Defendant has until November 20, 2026, to file a written response to this order.
3. After reviewing counsel's response, the Court will further consider whether sanctions are appropriate.

IT IS SO ORDERED.

Dated: **November 16, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE